IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEON SALB,** | ) | |
| | ) | **06-05 Erie** |
| **Petitioner,** | ) | **(Related to Crim. No. 91-3E)** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Respondent** | ) | |

## ORDER

AND NOW, to-wit, this 12th day of June, 2006 for the reasons stated in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED that: 1) Petitioner's above captioned application for habeas corpus relief filed pursuant to 28 U.S.C. §2255 is dismissed and the writ denied; 2) the government's Motion to Dismiss Petition Pursuant to 28 U.S.C. § 2255 As An Unauthorized Second or Successive Petition" (Doc.5) is hereby GRANTED; and 3) petitioner having failed to make a "substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2), a certificate of appealability is not warranted and shall not issue. *See United States v. Eyer*, 113 F.3d 470 (3d Cir.1997); 3d Cir. Local Appellate Rule 22.2 (2002).

*Maurice B. Cohill, Jr.*
Maurice B. Cohill, Jr.
Senior Judge

cc:    record counsel